

# NUMBER 13-16-00650-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ROBERT PENA AND TRADE CARRIERS, L.L.C.

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Garza, Perkes, and Longoria**
**Per Curiam Order**

Relators, Robert Pena and Trade Carriers, L.L.C., filed a petition for writ of mandamus and motion for emergency relief in the above cause on November 30, 2016. Through this original proceeding, relators seek to compel the trial court to vacate its November 16, 2016 nunc pro tunc order. Through their motion for emergency relief, relators seek to stay the trial that is currently set for December 5, 2016.

The Court, having examined and fully considered the motion for emergency relief, is of the opinion that the motion should be granted. The motion for emergency relief is GRANTED and the trial set for December 5, 2016 is ordered STAYED pending further

order of this Court, or until the case is finally decided. *See* Tex. R. App. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Liliana Perez Garcia, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
1st day of December, 2016.